

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re Commitment of Randal
Eugene Porter,

No. 11-18-00015-CV

* From the 29th District Court
of Palo Pinto County,
Trial Court No. C47557.

* December 13, 2018

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.;
Gray, C.J., sitting by assignment; and
Wright, S.C.J., sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court and order of civil commitment are reversed, and the cause is remanded to the trial court for a new trial.